■ PHILIP J. SIMAO, Appellant, v GREEN & SEIFTER, ATTORNEYS, P. C., et al., Respondents. [625 NYS2d 975] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly granted defendants' motion for summary judgment dismissing the complaint in this legal malpractice action. The entry of a judgment in favor of defendant Green & Seifter, Attorneys, P.C., against plaintiff in a prior action to recover fees for legal services bars a malpractice action regarding those same legal services *(see, Blair v Bartlett,* 75 NY 150; *Chisholm-Ryder Co. v Sommer & Sommer,* 78 AD2d 143; *see also, Harris v Stein,* 207 AD2d 382; *Pirog v Ingber,* 203 AD2d 348; *Altamore v Friedman,* 193 AD2d 240, *lv dismissed* 83 NY2d 906, *rearg denied* 83 NY2d 1001; *Grace & Co. v Tunstead, Schechter & Torre,* 186 AD2d 15; Siegel, NY Prac § 464, at 701-702 [2d ed]). We reject the contention of plaintiff that our decision in *Chisholm-Ryder Co.* was implicitly overruled by the Court of Appeals in *Kaufman v Lilly & Co.* (65 NY2d 449) and subsequent decisions of that Court that address the issue of collateral estoppel *(see, e.g., D'Arata v New York Cent. Mut. Fire Ins. Co.,* 76 NY2d 659; *Matter of Halyalkar v Board of Regents,* 72 NY2d 261). (Appeal from Order of Supreme Court, Onondaga County, Murphy, J.—Summary Judgment.) Present—Green, J. P., Pine, Callahan, Doerr and Davis, JJ.